McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and DEBRA LAWHON, Revenue Officer, Internal Revenue Service, | ) ) ) | CIV-S-05-103-KJM |
|---|---|---|
| Petitioners, | ) ) ) | **ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT OF ORDER FILED MAY 19, 2005** |
| v. | ) ) | Taxpayer:  RON BOITANO |
| RON BOITANO, | ) ) | Date: March 15, 2006 |
| Respondent. | ) ) | Time: 10:00 a.m. Ctrm: 26 (8th Fl., KJM) |

Upon the petition of McGregor W. Scott, United States Attorney for the Eastern District of California, and the exhibits thereto, it is hereby

ORDERED that respondent, RON BOITANO, appear before United States Magistrate Judge Kimberly J. Mueller, in Courtroom 26 in the United States Courthouse, 501 I Street, Sacramento, California, on March 15, 2006, at 10:00 a.m., and that respondent show cause as follows:

1.  Why the respondent, RON BOITANO, should not be held in civil contempt of this Court for his failure to comply with the Order enforcing IRS summonses filed in this action on May 19, 2005, including producing the testimony and materials demanded by that Order; and

2.  Why the respondent should not be incarcerated and ordered to pay a daily fine until

he has complied with the Order.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition Re: Contempt, supported by appropriate declarations.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

It is SO ORDERED.

Dated: February 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE